UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JTH TAX LLC d/b/a LIBERTY TAX
SERVICE f/k/a JTH TAX, INC.,

                                    ADOPTION ORDER
               Plaintiff,        22-CV-1542(JS)(JMW)

    -against-

EDWARD KUKLA, KARLY JEANTY,
HARLINE JEANTY, and EXPERT TAX
CONSULTANTS LLC,

              Defendants.
--------------------------------X
APPEARANCES
For Plaintiff:     JoAnna Marie Doherty, Esq.
                  Peter G. Siachos, Esq.
                  James Messenger, Esq.
                  Gordon Rees Scully Mansukhani, LLP
                  One Battery Park Plaza, 28th Floor
                  New York, New York 10004

For Defendants:    No appearance.

SEYBERT, District Judge:

       JTH Tax LLC ("Plaintiff") commenced this action against Edward Kukla, Karly Jeanty, Harline Jeanty, and Expert Tax Consultants LLC (collectively, "Defendants"), due to Defendants' alleged breaches of franchise agreements related to tax preparation businesses. (See generally Compl., ECF No. 1.) Together with the Complaint, Plaintiff filed a motion for a preliminary injunction, which the Court referred to Magistrate Judge James M. Wicks for a Report and Recommendation ("R&R"). (See Mot., ECF No. 4; Mar. 22, 2022 Elec. Order.) On April 26, 2022, Judge Wicks issued his R&R, recommending that the Court grant

Plaintiff's motion. (See R&R, ECF No. 20.) Plaintiff served the R&R upon all Defendants the next day. (Certificate of Service, ECF No. 26.)

Defendants have not appeared nor filed opposition to Plaintiff's motion. In addition, the time to object to the R&R has expired and no objections have been filed. Upon careful review and consideration, the Court finds Judge Wicks' R&R to be comprehensive, well-reasoned, and free of clear error. As such, the Court ADOPTS the R&R in its entirety and is separately entering an order granting Plaintiff's motion. Plaintiff is directed to serve copies of this adoption order and the accompanying order granting Plaintiff's motion upon Defendants, and to file proof of such service on ECF by May 26, 2022. Within fourteen (14) days, Plaintiff is directed to file a letter and advise how it intends to proceed in this action.


                              SO ORDERED.

                              /s/ JOANNA SEYBERT
                              Joanna Seybert, U.S.D.J.

Dated: May 24, 2022
       Central Islip, New York