UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC., | CASE NO. 2:22-cv-01542(JS)(JMW) |
| *Plaintiff,* | **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |
| v. | |
| EDWARD KUKLA; KARLY JEANTY; HARLINE JEANTY AND EXPERT TAX CONSULTANTS LLC, | |
| *Defendants.* | |

---

Upon the Declaration of Edward M. Tobin, Esq., sworn to the 27th day of June, 2022, and upon the Declaration of Edward Kukla, sworn to the 27th day of June, 2022, and upon all of the exhibits annexed thereto, it is

**ORDERED,** that the above-named Plaintiff show cause before a motion term of the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street 10007-1312, on the 12th day of July, 2022, at 10 o'clock in the forenoon thereof, or as soon thereafter as counsel may be hear, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining enforcement of the Order on Plaintiff's Motion for a Preliminary Injunction, issued by the Hon. Joanna Seybert, U.S.D.J., dated May 24, 2022 pending the resolution of Defendants' Cross-Motion for an Order vacating the Default in this case [Docket No. 34], pursuant to Fed. R. Civ. P. 55(c), on the grounds that Defendants did not willfully default, Defendants have a meritorious claim, and Plaintiff has not been prejudiced in any manner and; alternatively, there is good and sufficient cause to vacate the Default; and it is further

**ORDERED,** that sufficient reason having been shown therefor, pending the hearing of Defendants' application for a Preliminary Injunction, pursuant to Rule 65, Fed. R. Civ. P., the Plaintiff is temporarily restrained and enjoined from enforcing the decision and Order of the Hon. Joanna Seybert, dated May 24, 2022; and it is

**ORDERED,** that security in the amount of $_____ be posted by Defendants prior to July 12th, 2022, at 10:00 o'clock in the forenoon of that day; and it is further

**ORDERED,** that service of a copy of this Order via certified mail, return receipt requested and/or personal service upon Plaintiff, its counsel or a designated agent thereof on or before July 1, 2022 , shall be deemed good and sufficient service thereof.

Dated: New York, New York
       June 27, 2022

Issued:_____

                                                              _____
                                                              _____, U.S.D.J.