UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JTH TAX LLC d/b/a LIBERTY TAX
SERVICE f/k/a JTH TAX, INC.,

                Plaintiff,

    -against-

EDWARD KUKLA, KARLY JEANTY,
HARLINE JEANTY, and EXPERT TAX
CONSULTANTS LLC,

                Defendants.
--------------------------------X

**DEFAULT JUDGMENT &
PERMANENT INJUNCTION**
22-CV-1542(JS)(JMW)

APPEARANCES
For Plaintiff:      JoAnna Marie Doherty, Esq.
                Peter G. Siachos, Esq.
                James Messenger, Esq.
                Gordon Rees Scully Mansukhani, LLP
                One Battery Park Plaza, 28th Floor
                New York, New York 10004

For Defendants:    Edward Michael Tobin, Esq.
                Vano I. Haroutunian, Esq.
                Marshall B. Bellovin, Esq.
                Ballon, Stoll, Bader & Nadler, P.C.
                810 Seventh Avenue, Suite 405
                New York, New York 10019

SEYBERT, District Judge:

        Pending before the Court is the motion by JTH Tax, LLC d/b/a Liberty Tax ("Plaintiff" or "Liberty") for an order entering a default judgment and permanent injunction against Edward Kukla, Karly Jeanty, Harline Jeanty and Expert Tax Consultants LLC (collectively, "Defendants"). (See Default Mot., ECF No. 31.) Defendants cross-move to vacate the Clerk's entries of default. (Mot. to Vacate, ECF No. 41.) Based upon: (1) Defendants having

failed to answer or otherwise plead in response to the Complaint, and the time for doing so having expired; (2) the Clerk entering default against Defendants (ECF Nos. 22-25); (3) Defendants having violated the Court's May 24, 2022 Order which granted Liberty's motion for a preliminary injunction (ECF No. 29); (4) the arguments and evidence submitted to the Court at the December 13, 2022 hearing; (5) the memoranda of law and supporting declarations submitted in connection with the cross-motions; (6) all pleadings and other documents filed in the instant matter; and (7) the reasons stated on the record at the December 13, 2022 hearing and for good cause shown, it is hereby

**ORDERED,** that Liberty's motion for entry of a default judgment and permanent injunction (ECF No. 31) is GRANTED; and it is further

**ORDERED,** that Defendant's cross-motion to vacate their default (ECF No. 41) is DENIED; and it is further

**ORDERED,** that judgment is entered in favor of Plaintiff against Defendants Edward Kukla and Karly Jeanty on Counts I to IV of the Complaint, and against Defendants Expert Tax Consultants LLC and Harline Jeanty on Counts II through V of the Complaint; and it is further

**ORDERED,** that the terms used herein shall have the same meaning as set forth in the Verified Complaint and attachments thereto (ECF No. 1); and it is further

**ORDERED**, that Edward Kukla, Karly Jeanty, Expert Tax Consultants LLC, and all those acting by, through or in concert with them, are enjoined from directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products (as defined in the 2017 Franchise Agreement), within the Territory (as defined in the 2017 Franchise Agreement) or within twenty-five (25) miles of the boundaries of the Territory, for two years following the entry of this Order; and it is further

**ORDERED**, that Edward Kukla and Karly Jeanty, and all those acting by, through or in concert with them, are enjoined from directly or indirectly soliciting any person or entity served by any of their prior Liberty offices within the last twelve (12) months that they were a Liberty franchisee, for the purpose of offering such person or entity, for a fee or charge, income tax preparation, electronic filing of tax returns, or Financial Products (as defined in the 2017 Franchise Agreement) for two years following the entry of this Order; and it is further

**ORDERED**, that Defendants are permanently enjoined from using or disclosing any of Liberty's Confidential Information (as defined in Section 12 of the 2017 Franchise Agreement), including without limitation, methods of operations, customer information, and marketing information; and it is further

**ORDERED**, that Edward Kukla and Karly Jeanty, and all those acting by, through or in concert with them, are ordered to transfer to Liberty all telephone numbers, listings and advertisements used in relation to the Franchised Business within seven (7) days of this Order; and it is further

**ORDERED**, that Defendants are to deliver to Liberty any original and all copies, including electronic copies and media, of lists and other sources of information containing the names, addresses, e-mail addresses, or phone numbers of customers of the Franchised Business within seven (7) days of this Order; and it is further

**ORDERED**, that Defendants are to deliver to Liberty any original and all copies, including electronic copies and media, containing customer tax returns, files, and records within seven (7) days of this Order; and it is further

**ORDERED**, that Defendants are to deliver to Liberty all copies of the confidential Operations Manual and any updates within seven (7) days of this Order; and it is further

**ORDERED**, that Edward Kukla is ordered to assign the leases for the Franchise Locations to Liberty within seven (7) days of this Order; and it is further

**ORDERED**, that the Court will retain jurisdiction to oversee Defendants' compliance with this Order, the Court's Contempt Order, and post-judgment discovery permitted under the

4

Court's Contempt Order, and to issue monetary judgment(s) in connection with Liberty's fee request and Defendants' disgorgement of profits; and it is further

**ORDERED,** that Liberty shall <u>immediately</u> serve a copy of this Order and Judgment upon Defendants personally <u>and</u> by express or overnight delivery service, return receipt requested, and file proof of such service <u>by 5:00 p.m. on Friday, December 16, 2022</u>.


                              SO ORDERED.


                              /s/ JOANNA SEYBERT
                              Joanna Seybert, U.S.D.J.

Dated: December 15, 2022
       Central Islip, New York